AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

Tara Exarhos

V.

Capital One Bank (USA), National Association
and Capital One, National Association

CASE NUMBER: 1:20-cv-01416

ASSIGNED JUDGE: Honorable Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Honorable Maria Valdez

TO: (Name and address of Defendant)

Capital One Bank (USA), N.A.
c/o Registered Agent
8000 Towers Crescent Drive
Vienna, VA 22182

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200

an answer to the complaint which is herewith served upon you,    21    days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

March 3, 2020

DATE

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:20-CV-01416

Plaintiff:
**Exarhos, Tara**

vs.

Defendant:
**Capital One Bank (USA), National Association; et al**

For:
Edelman, Combs, Latturner, and Goodwon LLC
20 S. Clark Street 15th Floor
Chicago, IL 60603

Received by Cavalier CPS to be served on **Capital One Bank (USA), N.A., 8000 Towers Crescent Drive, Vienna, VA 22182**.

I, Jaime Alvarado, do hereby affirm that on the **5th day of March, 2020** at **1:38 pm, I**:

Served Alias Summons in a Civil Case & Complaint with Exhibits A-B; Notice of Electronic FIling; Notice of Mandatory Initial Discovery; Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project; Notification of Docket Entry; Notice of Electronic Filing personally to Kenneth Hernandez as Associate of Capital One Bank (USA), N.A.. Service occurred at 1600 Capital One Drive, McLean, VA 22102.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Jaime Alvarado    3-6-20

**Cavalier CPS**
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020002320

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

